IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT LEE HOLT                                                                                    PLAINTIFF

             v.                          Civil No. 14-5179

BENTON COUNTY DETENTION
CENTER                                                                                              DEFENDANT

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff on June 12, 2014, pursuant to 42 U.S.C. § 1983.  Plaintiff proceeds *pro se*.

By order (Doc. 4) entered on June 12th Plaintiff was given until June 30th to file a complete application to proceed *in forma pauperis* (IFP) and an amended complaint.  Plaintiff did not file either document.

On July 15th a show cause order was entered giving Plaintiff until July 30th to show cause why this case should not be dismissed based on his failure to obey an order of this Court and his failure to prosecute this action.  To date, Plaintiff has not responded to the show cause order.  He has not filed the IFP application or the amended complaint.  He has not communicated with the Court in anyway.  No mail has been returned as undeliverable.

I therefore recommend that this case be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure based on Plaintiff's failure to obey the orders of the Court and his failure to prosecute this action.

-1-

**The Plaintiff has fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The Plaintiff is reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 18th day of September 2014.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)