IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ROBERT LEE HOLT                                                                                       PLAINTIFF

V.                              CASE NO. 5:14-CV-5179

BENTON COUNTY DETENTION CENTER                                              DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 8) filed in this case on September 18, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. All other pending motions are **DENIED** as **MOOT**.

IT IS SO ORDERED on this 21st day of October, 2014.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE